UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BLACK & VEATCH CONSTRUCTION, INC., )<br>    Plaintiff,                                )<br>                                           )<br>v.                                               )<br>                                           )<br>MILFORD POWER COMPANY, LLC., et al.  )<br>    Defendants.                       ) | CASE NO.: 3:01 CV 01029(AVC)<br><br><br><br><br><br>OCTOBER __, 2003 |

**JOINT MOTION FOR DISCHARGE AND RETURN OF BOND**

Black & Veatch Construction, Inc. ("BVCI") and Milford Power Company, LLC ("MPC") hereby jointly move for the discharge and return of a bond filed with this Court in the above-captioned action. Specifically, on or about July 1l, 2001 MPC as principal, and the Hartford Fire Insurance Company, as surety, filed with this Court a bond, a true and accurate copy of which is attached hereto as **Exhibit A** (the "Bond").

As is set forth therein, the Bond was provided in substitution of a June l, 2001 lien in the amount of $17,671,787.00 recorded by BVCI in its favor on June 5, 2001 in the land records of the Town of Milford, Connecticut at volume 2479 at page 13.

MPC and BVCI have conclusively and finally resolved all disputes giving rise and relating to said lien and the parties respectfully submit that the Bond is no longer necessary, as BVCI has released MPC for, *inter alia,* any and all claims giving rise to the lien in substitution for which said bond was provided.

**WHEREFORE**, BVCI and MPC respectfully request that this Court discharge and order the return of the Bond.

2

    BLACK & VEATCH CONSTRUCTION, INC.

By:_____
    Richard F. Wareing (ct17436), of
    Pepe & Hazard, LLP
    Goodwin Square
    225 Asylum Street
    Hartford, CT 06103
    Tel.: (860) 522-5175
    Fax: (860)522-2796


    MILFORD POWER COMPANY, LLC

$B_y$:_____
    Stuart D. Rosen ( ct05472), of
    Bingham McCutchen LLP
    One State Street
    Hartford, CT 06103
    Tel.: (860) 240-2700
    Fax: (860) 240-2800

2

## **ORDER**

      The foregoing Joint Motion for Discharge and Return of Bond having been presented to this Court, and having been duly considered, is hereby GRANTED/DENIED this _____ day of _____, 2003.

                                          BY THE COURT,

                                          _____

RFW/29895/8/649869v1
10/20/03-HRT/

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this ____ day of October, 2003 to the following counsel of record and pro se parties as follows:

Stuart D. Rosen, Esq.
Bingham McCutchen, LLP
One State Street
Hartford, CT  06103-3178

William G. Southard, Esq.
Martin F. Murphy, Esq.
David Yamin, Esq.
Bingham McCutchen, Esq.
150 Federal Street
Boston, MA  02110

Christopher B. Weldon, Esq.
Lustig & Brown, LLP
1150 Summer Street
Stamford, CT  06905

Louis J. Bonsangue, Esq.
Jacobi, Kappel & Case, P.C.
300 Bic Drive
Milford, CT  06460-3055

Joseph K. Powers, Esq.
Lawrence Klein, Esq.
Raymond S. Mastrangelo, Esq.
Jeffrey M. Winn, Esq.
Sedgwick, Detert, Moran & Arnold
125 Broad Street – 39th Floor
New York, NY  10004-0925

 

                                                 _____
                                                 Richard F. Wareing

RFW/29895/8/649869v1
10/20/03-HRT/