# **EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BLACK & VEATCH CONSTRUCTION, INC., )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MILFORD POWER COMPANY, LLC, )<br>WILLIAM GALLAGHER ASSOCIATES )<br>INSURANCE BROKERS, INC., AND )<br>FEDERAL INSURANCE COMPANY, )<br>Defendants. )<br>_____ ) | CIVIL ACTION NO.<br>3:01CV01029 (AVC)<br><br><br><br><br><br>JUNE 29, 2001 |

BOND NO. 08BSBAU8554

## BOND

Know All Men By These Presents:

That Milford Power Company, LLC, of Milford, Connecticut ("Milford Power") as principal, and Hartford Fire Insurance Company, of Hartford, Connecticut, as surety, are holden and firmly bound jointly and severally unto Black & Veatch Construction, Inc., of Overland Park, Kansas ("BVCI") in the penal sum of Twenty Three Million Seventy-Eight Thousand Three Hundred Twenty-Three and 10/100 Dollars ($23,078,323.10), to which payment well and truly to be made, we hereby bind ourselves, our successors and assigns firmly by these presents:

The condition of this obligation is such that,

Whereas, BVCI has filed a mechanic's lien on property owned by Milford Power situated in the town of Milford at 55 Shelland Street, Milford, Connecticut and more particularly described on Schedule A attached hereto, which lien is to secure the sum of Seventeen Million Six Hundred Seventy-One Thousand Seven Hundred Eighty-Seven and 00/100 Dollars ($17,671,787.00) and dated June 1, 2001 and recorded on June 5, 2001 in the Milford land records in volume 2479 at page 13, and

Whereas, this bond is in substitution for that lien.

Now therefore, if the principal shall pay to the obligee lienor or its successors or assigns such amount as a court of competent jurisdiction by final judgment or order as to which no stay or appeal is pending and as to which all applicable appeal periods have expired may adjudge to have been secured by such lien, including interest, costs, and attorneys' fees, not exceeding the sum of Twenty Three Million Seventy-Eight Thousand Three Hundred Twenty-Three and 10/100 Dollars ($23,078,323.10), then this bond shall be void, but otherwise to remain in full force and effect unless discharged by a court of competent jurisdiction.

| WITNESSED BY: | PRINCIPAL, MILFORD POWER COMPANY, LLC |
|---|---|
| *[signature: Timothy C. Sands]* | By: *[signature]* |
| *[signature: Moore]* | Its Vice President and Managing Director<br>Duly Authorized<br>Dated: June 29, 2001 |
| | SURETY, HARTFORD FIRE INSURANCE COMPANY |
| *[signature: Michael Waldecoula]* | By: *[signature]* |
| *[signature: Tina Bolton]* | Its Attorney-In-Fact, ROBERT E. SHAW,<br>Duly Authorized<br>Dated: JULY 3, 2001 |

CTDOCS:1451597.4

**THE HARTFORD**
HARTFORD PLAZA
HARTFORD, CONNECTICUT 06115

| [X] Hartford Fire Insurance Company | Twin City Fire Insurance Company [ ] |
| [x] Hartford Casualty Insurance Company | Hartford Insurance Company of Illinois [ ] |
| [ ] Hartford Accident and Indemnity Company | Hartford Insurance Company of the Midwest [ ] |
| [ ] Hartford Underwriters Insurance Company | Hartford Insurance Company of the Southeast [ ] |

KNOW ALL PERSONS BY THESE PRESENTS THAT the *Hartford Fire Insurance Company, Hartford Accident and Indemnity Company* and *Hartford Underwriters Insurance Company*, corporations duly organized under the laws of the State of Connecticut; *Hartford Insurance Company of Illinois*, a corporation duly organized under the laws of the State of Illinois; *Hartford Casualty Insurance Company, Twin City Fire Insurance Company* and *Hartford Insurance Company of the Midwest*, corporations duly organized under the laws of the State of Indiana; and *Hartford Insurance Company of the Southeast*, a corporation duly organized under the laws of the State of Florida; having their home office in Hartford, Connecticut, (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint, *up to the amount of unlimited:*

*David H. Skillings, Robert E. Shaw, Jr., Sharon K. Martel*
of
South Freeport, ME

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ☒, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**In Witness Whereof,** and as authorized by a Resolution of the Board of Directors of the Companies on September 12th, 2000, the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.



Paul A. Bergenholtz, Assistant Secretary                                          John P. Hyland, Assistant Vice President

STATE OF CONNECTICUT } ss. Hartford
COUNTY OF HARTFORD

On this 19th day of September, 2000, before me personally came John P. Hyland, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.


CERTIFICATE

Jean H. Wozniak
Notary Public
My Commission Expires June 30, 2004

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of   JULY 3, 2001  .
Signed and sealed at the City of Hartford.



Colleen Mastroianni, Assistant Vice President

STATE OF TEXAS            )
                          )    ss. Houston
COUNTY OF HARRIS          )

    Personally appeared John O'Rourke, Vice President and Managing Director of Milford Power Company, LLC, signer and sealer of the foregoing instrument, who acknowledged the same to be his free act and deed, and the free act and deed of said limited liability company, before me this 29th day of June, 2001.

*[signature: Pilar DeAnda]*

Notary Public
My Commission Expires:

PILAR DEANDA
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
APRIL 23, 2003

- 3 -

CTDOCS:1451597.4

STATE OF MAINE            )
                          )   ss. South Freeport
COUNTY OF CUMBERLAND      )

Personally appeared Robert Shaw, Attorney-In-Fact for Hartford Casualty Insurance Company, signer and sealer of the foregoing instrument, who acknowledged the same to be his free act and deed, and the free act and deed of said corporation, before me this __3RD__ day of July, 2001.

*Nancy Castonguay*
NANCY CASTONGUAY
Notary Public
My Commission Expires:

NANCY CASTONGUAY
Notary Public, Maine
My Commission Expires April 19, 2008

- 4 -