UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BLACK & VEATCH CONSTRUCTION, INC., )<br>Plaintiff, )<br>)<br>v. )<br>)<br>MILFORD POWER COMPANY, LLC., et al. )<br>Defendants. ) | CASE NO.: 3:01 CV 01029(AVC)<br><br><br><br><br>OCTOBER __, 2003 |

## JOINT MOTION FOR DISCHARGE AND RETURN OF BOND

Black & Veatch Construction, Inc. ("BVCI") and Milford Power Company, LLC ("MPC") hereby jointly move for the discharge and return of a bond filed with this Court in the above-captioned action. Specifically, on or about July 11, 2001 MPC as principal, and the Hartford Fire Insurance Company, as surety, filed with this Court a bond, a true and accurate copy of which is attached hereto as **Exhibit A** (the "Bond").

As is set forth therein, the Bond was provided in substitution of a June 1, 2001 lien in the amount of $17,671,787.00 recorded by BVCI in its favor on June 5, 2001 in the land records of the Town of Milford, Connecticut at volume 2479 at page 13.

MPC and BVCI have conclusively and finally resolved all disputes giving rise and relating to said lien and the parties respectfully submit that the Bond is no longer necessary, as BVCI has released MPC for, *inter alia*, any and all claims giving rise to the lien in substitution for which said bond was provided.

**WHEREFORE**, BVCI and MPC respectfully request that this Court discharge and order the return of the Bond.

GRANTED.
October 28, 2003.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

RFW/29895/8/649869v1
10/07/03-HRT/