UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
450 MAIN STREET
HARTFORD, CT 06103

FILED

2003 NOV -7 P 2: 04

US DISTRICT COURT
HARTFORD CT

November 4, 2003

Stuart D. Rosen, Esq.
Bingham McCutchen
One State St.
Hartford, CT 06103-3178

    RE:    Black & Veatch Construction, Inc. v. Milford Power Company, LLC, et al
             3:01CV01029(AVC)

Dear Attorney Rosen:

    Pursuant to Judge Covello's endorsement granting return of the bond filed in this matter, I am returning the original bond to you as counsel for Milford Power Company, LLC. Please acknowledge receipt of this document on the copy of this letter and return it to the Hartford Clerk's Office.

    Thank you for your cooperation.

                                    Sincerely,

                                    KEVIN F. ROWE, CLERK

                                    Jo-Ann Walker
                                    Deputy Clerk

ACKNOWLEDGMENT: _____ DATE: 11/6/03